RMY/TK: 2010R00491

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. CCB 10-0583** |
| v. : | |
| : | (Sex Trafficking of a Minor and By |
| **DERWIN SAMUEL SMITH,** : | Force, Fraud, or Coercion, 18 U.S.C. § |
| : | 1591) |
| Defendant. : | |
| : | |

...oOo...

## SUPERSEDING INDICTMENT

### COUNT ONE
### (Sex Trafficking of a Minor)

The Grand Jury for the District of Maryland charges that:

**Introduction**

At all times relevant to this Indictment,

1. The defendant, **DERWIN SAMUEL SMITH,** was a resident of Maryland. He was born in 1968.

2. A minor female,     was a victim of the crime alleged herein.     was a resident of the     and under the age of 18.     was born in    .

3. On or about June 4, 2010, the defendant, **DERWIN SAMUEL SMITH**, recruited     to engage in commercial sex acts at his direction. **SMITH** enticed     to engage in these acts by offering her a luxury home and status as his "bottom girl." A "bottom girl" is considered to be an individual who works closely to the pimp and is typically in charge of the stable of girls that work for him.

4. Beginning at least on or about June 4, 2010, and continuing through in or about

June 7, 2010, the defendant, **DERWIN SAMUEL SMITH**, would receive monies and other things of value by having the minor    engage in commercial sex acts.

5. In order to facilitate these commercial sex acts, the defendant, **DERWIN SAMUEL SMITH**, would use vehicles, public highways, hotels, private residences, and telephones.

6. The defendant, **DERWIN SAMUEL SMITH**, would arrange for shelter, clothing, and food to facilitate these commercial sex acts.

7. The defendant, **DERWIN SAMUEL SMITH**, instructed the minor victim on pricing for different sexual activities.

8. The defendant, **DERWIN SAMUEL SMITH**, would use force, threats of force, fraud and coercion so that the minor victim would continue engaging in commercial sex acts.

9. The defendant, **DERWIN SAMUEL SMITH**, asserted authority over the minor victim by having her engage in sexual activities with him and by threatening her with a gun.

## The Charge

10. From on or about June 4, 2010, until June 7, 2010, in the District of Maryland, the District of New Jersey, and elsewhere, the defendant,

**DERWIN SAMUEL SMITH,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, namely,    , and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud and coercion, and any combination of such means, would be used to cause    to engage in a

2

commercial sex act, and knowing, and in reckless disregard of the fact, that       had not attained

the age of 18 years and would be caused to engage in a commercial sex act.

18 U.S.C. § 1591(a)

                                                     Rod J. Rosenstein
                                                   United States Attorney

A TRUE BILL:

_____
Grand Jury Foreperson

_____
Date